IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John W. McQueen, | : | |
| Petitioner | : | Civil Action 2:10-cv-00955 |
| v. | : | Judge Smith |
| Deb Timmerman-Cooper. Warden, | : | Magistrate Judge Abel |
| Respondent | : | |
| | : | |

# ORDER

This matter is before the Magistrate Judge on petitioner John W. Queen's February 1, 2012 request for stay of judgment pending disciplinary action. There is no procedure allowing the Chief Judge to stay a pending case assigned to a district judge because of disciplinary complaint has been filed. If petitioner desires to file a complaint of judicial misconduct, he must complete the attached form and file it with Clerk of Court for the Sixth Circuit Court of Appeals. Further information can be found at: http://ca6pub1.circ6.dcn/internet/circuit_executive/judcomplaint.htm.

Petitioner's motion is DENIED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the

1

Order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/ Mark R. Abel  
United States Magistrate Judge